

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| ALINA HABBA<br>ACTING UNITED STATES ATTORNEY<br><br>*Alex Silagi*<br>*Assistant United States Attorney*<br>*Deputy Chief, Civil Division* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>*alex.silagi@usdoj.gov* | *main:* (973) 645-2700<br>*direct:* (973) 353-6001<br>*fax:* (973) 297-2010 |

December 5, 2025

**BY ECF**
Hon. Evelyn Padin, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

  **Re:** *Orozco Alfonso v. Bondi,* No. 25-1731
     Request for Extension (On Consent)

Dear Judge Padin:

  This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his former detention by U.S. Immigration and Customs Enforcement ("ICE") under 8 U.S.C. § 1225(b)(1). We write to respectfully request a two-week extension of our answer deadline from December 5, 2025, to December 19, 2025. Counsel for Petitioner consents to this request.

  Good cause exists for the request. On November 13, 2025, Petitioner filed an emergency motion for a temporary restraining order seeking his immediate release to tend to an ailing family member. On November 14, 2025, the Court held a conference, at which Respondents confirmed that ICE detained Petitioner under § 1225(b)(1) instead of (b)(2) and addressed the "exceptional circumstances" standard under *Lucas v. Hadden*, 790 F.2d 365 (3d Cir. 1986). ECF No. 4, 6. Later that day, the Court issued a Memorandum Order granting the TRO, ordering Petitioner's release, and setting an answer deadline of December 5, 2025. ECF No. 5. Petitioner was released the next day and remains out of detention. Respondents have worked diligently to meet the December 5 answer deadline but are unable to complete the answer in time. Accordingly, we respectfully request a two-week extension, until December 19, 2025, to file an answer.

  Petitioner's counsel, Rebecca Hufstader, Esq., consents to this request. We thank the Court for its attention to this matter.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

By:   *s/ Alex Silagi*
      ALEX D. SILAGI
      Assistant United States Attorney
      Deputy Chief, Civil Division
      *Attorneys for Respondents*

cc:   Counsel of record (by ECF)

**SO ORDERED.**

**12/8/2025**

/s/ **Evelyn Padin, U.S.D.J.**